AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

**RECEIVED**
JAN 0 5 2015
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

United States of America )
v. )
Mario Murray )   Case No: 3:07cr0516
)   USM No: 19348-424
)
Date of Original Judgment: 03/27/2009 )
Date of Previous Amended Judgment: 09/09/2013 )
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

United States Sentencing Guideline Amendment 782

The defendant was found responsible for 38.5 kilograms of crack cocaine when he was originally sentenced. This quantity of crack cocaine is still associated with a base offense level of 38 after the recent amendments. Because his base offense level does not change, he receives no relief.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/05/2015

*Judge's signature*

Effective Date: _____
*(if different from order date)*

John A. Jarvey, United States District Judge
*Printed name and title*